# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Regis Paul McManus Jr.<br>　　　　　　　　　　Debtor(s) | BK NO. 19-23400 GLT |
| FLAGSTAR BANK FSB AS SERVICING AGENT FOR ARC HOME LLC (F/K/A WEI MORTGAGE LLC)<br>　　　　　　　　　　Movant<br>v.<br>Regis Paul McManus Jr.<br>　　　　　　　　　　Respondent(s)<br>and<br>Robert Shearer Esq., Trustee<br>　　　　　　　　　　Additional Respondent | Chapter 7<br><br>Related to Document No. 52<br><br>Hearing Date: April 02, 2020<br><br>Hearing Time: 10:00AM<br><br>Objection Deadline: March 23, 2020 |

## CERTIFICATE OF SERVICE OF DEFAULT ORDER FOR MOTION FOR RELIEF FROM STAY

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on March 30, 2020, I served the above captioned pleading in the proceeding on the parties at the addresses shown below;

Debtor(s)
Regis Paul McManus Jr.
1010 Delafield Road, Building 50
Pittsburgh, PA 15215-0000

Attorney for Debtor(s)
Aurelius Robleto, Esq
6101 Penn Avenue
Suite 1306, Suite 201
Pittsburgh, PA 15206
apr@robletolaw.com

Trustee
Robert Shearer Esq.
5703 Brewster Lane
Erie, PA 16505
information@robertshearer.com

US Trustee
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
Ustpregion03.pi.ecf@usdoj.gov

Method of Service: electronic means or first class mail

Dated: March 30, 2020

　　　　　　　　　　　　　　　　　　　　**/s/ James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com
　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　Phone: 412-430-3594
　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant